# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KIM SNEED ,

V.

**SUMMONS IN A CIVIL CASE**

LIFE 1 MEDICAL, LLC, ET AL. ,

CASE NO: 1:16-CV-00257-AWI-EPG

TO: **Life 1 Medical, LLC, The Pitter Group, LLC**
Defendant's Address:

>The Pitter Group, LLC
>7900 Sequoia Lane,
>Parkland, FL 33067

**YOU ARE HEREBY SUMMONED** and required to serve on

Lawrence Timothy Fisher
Bursor and Fisher, PA
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



MARIANNE MATHERLY
---
CLERK

/s/  C. Marrujo
---

(By) DEPUTY CLERK

ISSUED ON 2016-02-24 09:42:32.0, Clerk
USDC EDCA

Case 1:16-cv-00257-AWI-EPG   Document 2   Filed 02/24/16   Page 2 of 2

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE 2/26/2016 @ 11:59 AM |
|---|---|
| NAME OF SERVER *(PRINT)* Ivan Almonte | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on: Elena Pitter, Authorized Agent @ 7900 Sequoia Lane, Parkland, FL 33067

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/26/2016
               Date

*Signature of Server*
First Legal Network - National
3600 Lime Street, Suite 626, Riverside, CA 92501
*Address of Server*